PROB12C
(12/02)

# United States District Court
**for**
The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Alada Sobowale, aka Alaba Sobowale aka Basil K. Refeedil **Case Number:** 1:01-CR-065-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** November 16, 2001

**Original Offense:** Bank Fraud, in violation of Title 18, U.S.C., Section 1344 and 2, a Class B felony.

**Original Sentence:** Ten months imprisonment, five years supervised release with special conditions requiring the defendant to surrender to Immigration authorities for deportation and pay restitution in the amount of $9,500

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** August 7, 2002

**Assistant U.S. Attorney:** Luis M. Matos **Defense Attorney:** Martin D. Harris

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE**

**Date of Violation Sentence:** May 15, 2006

**Violation Offense(s):** Violation #1: Leaving the judicial district without permission of the Court or the probation officer; Violation #2: Failing to report to the probation officer and submitting truthful and complete monthly supervision reports; Violation #3: Failing to follow the instructions of the probation officer; Violation #4: Failing to work at a lawful occupation; Violation #5: Failing to notify the probation officer within 72 hours of being arrested; and Violation #6: Failure to pay restitution according to a payment schedule.

**Sentence Modification:** Three months home confinement with electronic monitoring

---

**PETITIONING THE COURT**

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition of supervision:

| **Condition Violated** | **Nature of Noncompliance** |
|---|---|
| **Standard Condition** | **While on supervision, the defendant shall not commit another federal, state, or local crime.**<br><br>On March 10, 2006, the offender committed the offense of First Degree Sexual Assault as evidenced by his arrest by the Pawtucket Police Department and subsequent indictment by the Providence County, Rhode Island Grand Jury on January 19, 2007. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violation. With the issuance of this summons, the term of supervised release is effectively tolled pending resolution of the underlying state matter and subsequent violation proceedings.

Reviewed and Approved by:

Maureen Bradley
Supervising U.S. Probation Officer

Date: 06/18/07

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher
Senior U.S. Probation Officer

Date: 6/18/07

## The Court Orders

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable Ernest C. Torres
Chief U.S. District Judge

6/26/07
Date