AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUL 02 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Alaba Sobowale

WARRANT FOR ARREST

CASE NUMBER: 1:01-CR-00065-01T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Alaba Sobowale
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

June 29, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 7/2/07 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 7/9/07 | CI - DUSM | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.