UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 01-65T

ALABA SOBOWALE :

MOTION TO CONTINUE STATUS CONFERENCE

NOW COMES the defendant, Alaba Sobowale, and through counsel, moves this Honorable Court to continue the status conference in his case for another date. In support of this motion Mr. Sobowale asserts that he has another court date scheduled for August 12, 2008 and will be unable to be present at both.

The government, through AUSA Luis Matos, indicates no objection to this motion.

Respectfully submitted
Alaba Sobowale
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Luis Matos, AUSA on the 11th day of August 2008.

/s/ Mary S. McElroy